No. 02–716.  HIVELY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–5888.  BUNCH v. WHITE, SECRETARY OF THE ARMY. C. A. 4th Cir.  Certiorari denied.

No. 02–5920.  LAWLEY v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 02–6234.  KING v. SMITH, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 02–6453.  HARRIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–6508.  TURNER v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 02–6728.  SZERLIP v. OHIO.  Ct. App. Ohio, Knox County. Certiorari denied.

No. 02–6729.  REYES GONZALES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–6730.  FLETCHER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–6731.  HULL v. JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–6732.  HERRINGTON v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 02–6734.  GRAY v. MARYLAND PAROLE COMMISSION ET AL. C. A. 4th Cir.  Certiorari denied.

No. 02–6736.  HIGHERS v. TYSZKIEWICZ, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–6740.  JOHNSON v. FREEBURN ET AL.  C. A. 6th Cir. Certiorari denied.